UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DENIS MCCANN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID JUPINA, et al.,<br><br>    Defendants. | Case No. 16-cv-03244-JSC<br><br>**[SECOND PROPOSED] VERDICT FORM** |

**IT IS SO ORDERED.**

Dated: November 14, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

We answer the questions submitted to us as follows:

1. Was David Jupina, M.D. negligent in the diagnosis or treatment of William McCann?

    _____Yes          _____No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was David Jupina, M.D.'s negligence a substantial factor in causing harm to William McCann?

    _____Yes          _____No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. What are William McCann's damages?

    a.  Past Medical Expenses $                    _____

    b.  Other Past Economic Loss $                 _____

    c.  Past Non-Economic Loss, Including
        Physical Pain/Mental Suffering $           _____


Signed: _____

Dated: _____
        Presiding Juror

After this verdict form has been signed, notify the court attendant that you are ready to present your verdict in the courtroom.